IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02395-PAB
Criminal Action No. 09-cr-00193-PAB

UNITED STATES OF AMERICA,

v.

YOLANDA GONZALEZ De La CRUZ,

    Movant.

---

**ORDER**

---

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    ORDERED that the United States Attorney on or before **November 2, 2009**, shall file an answer or other pleading directed to the motion pursuant to Rules 4 and 5 of the Rules Governing Section 2255 Proceedings.

    DATED October 13, 2009.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge